**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOATHAN SANCHEZ** **PETITIONER**
**Reg. #50177-069**

**v.** **No. 2:24-cv-144-DPM**

**CHAD GARRETT, Warden** **RESPONDENT**

**ORDER**

Unopposed recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Sanchez's § 2241 petition, *Doc. 1*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 August 2026