**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOATHAN SANCHEZ**
**Reg. #50177-069** **PETITIONER**

**v.** **No. 2:24-cv-144-DPM**

**CHAD GARRETT, Warden** **RESPONDENT**

**JUDGMENT**

Sanchez's § 2241 petition is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

14 August 2026